**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Charles A. BRUUN.**

No. 11429.

Circuit Court of Appeals, Eighth Circuit.

May 25, 1940.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

John H. McEvers and Reece A. Gardner, both of Kansas City, Mo., for respondent.

PER CURIAM.

Decision of Board of Tax Appeals reversed in conformity with opinion (filed March 25, 1940) judgment and mandate of United States Supreme Court, 309 U.S. 461, 60 S.Ct. 631, 84 L.Ed. ——, without taxation of costs to either party in this Court, and cause remanded to Board of Tax Appeals with directions to sustain deficiency of income tax of respondent for the year 1933 in the amount of $4,111.43. Former opinion of Circuit Court of Appeals reported, 8 Cir., 105 F.2d 442.

**Wilbert R. NAY, Appellant, v. Joseph O'GRADY, Warden of the Nebraska State Penitentiary, at Lancaster, Neb.**

No. 11679.

Circuit Court of Appeals, Eighth Circuit.

May 16, 1940.

C. M. Pierson, of Lincoln, Neb., for appellant.

Walter R. Johnson, H. Emerson Kokjer, and George W. Ayres, all of Lincoln, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on ground that question involved in appeal is moot, on motion of appellee.

**PAVING IMPROVEMENT DISTRICT NO. 36, etc., et al. v. H. E. PARRISH, Trustee.**

No. 11545.

Circuit Court of Appeals, Eighth Circuit.

May 17, 1940.

Clifton Wade and O. E. Williams, both of Fayetteville, Ark., for appellants.

Wallace Townsend, of Little Rock, Ark., H. L. Fitzhugh, of Fort Smith, Ark., and C. D. Atkinson, of Fayetteville, Ark., for appellee.

PER CURIAM.

Decree of District Court affirmed without costs to either party in this Court, pursuant to stipulation.

**Prescillano MARTINEZ and Madardo Abeyta v. Rebecca MAESTAS et al.**

No. 2134.

Circuit Court of Appeals, Tenth Circuit.

June 13, 1940.

Robert H. LaFollette, of Albuquerque, N. M., for appellants.

Gilbert & Hamilton, of Santa Fe, N. M., for appellees.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellees, at appellants' costs, for failure to prosecute.